AO 450(Rev. 5/85)Judgment in a Civil Case

## United States District Court
## Northern District of Illinois
## Eastern Division

**United States of America**                                                  **JUDGMENT IN A CIVIL CASE**

      **vs.**                                        **Case Number:**

It is hereby ordered and adjudged that default judgment is entered in favor of the plaintiff, United States of America, and against the defendant,

in the amount of $ ,                        with interest accruing until the date of judgment, plus interest accruing thereafter at the legal post-judgment interest rate.

                                              THOMAS G. BRUTON, Clerk of Court

Date:                                                          Deputy Clerk